# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1835
Lower Tribunal No. 2019-CA-011665

_____

VIRGINIA AXON,

Appellant,

v.

CITY OF ORLANDO,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Eric J. Netcher, Judge.

July 21, 2026

PER CURIAM.

   AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.


David W. Glasser, Daytona Beach, for Appellant.

Christian H. Tiblier, Assistant City Attorney, of City of Orlando, City Attorney's Office, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED